IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA


RAFEEK YUSSEF,            :
                                  :
        Petitioner        :
                                  :
     v.                  :     CIVIL NO. 4:CV-15-2231
                                  :
CRAIG LOWE, ET AL.,     :     (Judge Brann)
                                  :
       Respondents    :

## ORDER

December 8, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY**

**ORDERED THAT**:

1.    The petition for writ of habeas corpus is **GRANTED**.

2.    Petitioner shall be provided an individualized bond hearing before an immigration judge within thirty (30) days of this Order.

3.    The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT

s/  Matthew W. Brann
Matthew W. Brann
United States District Judge